UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GREEN HILLS DEVELOPMENT COMPANY, LLC, AND DELL GROUP HOLDINGS, LLC                                    PLAINTIFFS

V.                                    CIVIL ACTION NO. 3:19-CV-416-DPJ-FKB

OPPENHEIMER FUNDS, INC., D/B/A OPPENHEIMER ROCHESTER HIGH YIELD MUNICIPAL FUND, ET AL.                                    DEFENDANTS

ORDER

The parties have announced to the Court the resolution of this matter, pending the finalization of settlement documents. For administrative purposes and in the interest of justice, the Clerk is directed to administratively close the file until further order of the Court. The administrative closure of this case shall in no way constitute a dismissal or termination of this action and shall have no effect on any statute of limitations. If necessary, a party may move to have the case returned to the active docket.

**SO ORDERED AND ADJUDGED** this the 8th day of September, 2022.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE